1 **ANDREW LAH**
California State Bar No. 234580
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
andrew_lah@fd.org
5

6 Attorneys for Defendant Ms. Gonzales-Rubio

7

8                       UNITED STATES DISTRICT COURT

9                    FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj2047 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **RENEE GONZALES-RUBIO,** | ) | |
| Defendant. | ) | |

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the
19 above-captioned case.

20                                              Respectfully submitted,

22 Dated: July 9, 2008                          *s/ ANDREW LAH*
                                                Federal Defenders of San Diego, Inc.
23                                              Attorneys for Defendant
                                                andrew_lah@fd.org

1 **ANDREW LAH**
California State Bar No. 234580
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
andrew_lah@fd.org
5

6 Attorneys for Ms. Gonzales-Rubio

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj2047 |
| --- | --- | --- |
| | ) | |
12 | Plaintiff, | ) | |
| | ) | |
13 | v. | ) | **PROOF OF SERVICE** |
| | ) | |
14 | **RENEE GONZALEZ-RUBIO,** | ) | |
| | ) | |
15 | Defendant. | ) | |
| | ) | |

16

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20          **Assistant United States Attorney**
             efile.dkt.gc1@usdoj.gov
21

22 Dated: July 9, 2008                              *s/ ANDREW LAH*
                                                    **ANDREW LAH**
23                                                  Federal Defenders of San Diego, Inc.,
                                                    andrew_lah@fd.org
24