```
KERRY STEIGERWALT'S PACIFIC LAW CENTER
Samantha A. Mann    SBN  220100
333 H Street, Suite 5040
Chula Vista, CA 91910
619-565-2730
```

Attorney for Defendant **RENEE GONZALEZ-RUBIO**

[Filed stamp: JUL 17 2008, CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, BY MB DEPUTY]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08cr 2347 W

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | Case No: 08-mj-2047 |
| Plaintiff,     ) | **Substitution of Attorney** |
| v.     ) | |
| **RENEE GONZALEZ-RUBIO**,     ) | |
| Defendant.     ) | |

The defendant, **RENEE GONZALEZ-RUBIO**, hereby substitutes SAMANTHA A. MANN as her attorney of record in the case on file herein. The defendant's current attorney of record, Federal Defender ANDREW LAH is now relieved of any and all responsibility for the defendant's representation, including trial and appeal.

**I consent to the Substitution**

Dated: 7/17/08

_Renee G. Rubio_
Renee Gonzalez-Rubio
Defendant

Substitution of Attorney