FILED

JUL 2 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            MB            DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. BARBARA L. MAJOR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No: 08CR2347-BEN |
| Plaintiff, | ) | |
| v. | ) | **ORDER ALLOWING SUBSTITUTION** |
| RENEE GONZALEZ-RUBIO, | ) | **OF ATTORNEY SAMANTHA MANN** |
| | ) | **RELIEVING THE FEDERAL DEFENDER** |
| Defendant. | ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Samantha A. Mann, attorney may substitute in as attorney of record in the above referenced case. Andrew Lah of the Federal Defenders is relieved.

SO ORDERED.

DATED: 17 July, 2008

THE HONORABLE BARBARA L. MAJOR
United States Magistrate Court Judge