# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>Gonzales-Rubio<br>Defendant(s) | CRIMINAL NO. 08cg 2347-BEN<br><br>ORDER<br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

JAN M. ADLER

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Hilario Deluna-Cervantes

DATED: 8/1/2008

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk
K. HAMMERLY