SCHROTH & SCHROTH
ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile: (619) 233-4516

Attorney for Material Witnesses, Juan De Rios Garcia-Ramirez, and Jose Mendoza-Hernandez

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Hon. WILLIAM MCCURINE JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RENEE GONZALES-RUBIO,<br><br>　　　　Defendants. | Criminal Case No.:　08cr2347BEN<br>Magistrate Case No.:　08mj2047<br><br>**EX PARTE APPLICATION AND [PROPOSED] ORDER RELEASING MATERIAL WITNESSES** |

Material Witnesses, Juan De Rios Garcia-Ramirez, and Jose Mendoza-Hernandez, (hereafter "Material Witnesses") by and through their counsel, Robert E. Schroth Jr., hereby submit this Ex Parte Application for an Order Releases the Material Witnesses in the above captioned case pursuant to the Court's Order [Docket #27] dated June 24, 2008, on the grounds that on August 19, 2008 the depositions of the material witness were completed and no party having objected to their release.

DATED: August 19, 2008　　　　　　SCHROTH & SCHROTH

　　　　　　　　　　　　　　　By: s/ROBERT E. SCHROTH, JR.
　　　　　　　　　　　　　　　　　ROBERT E. SCHROTH, JR,
　　　　　　　　　　　　　　　　　Attorney for Material Witness

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Hon. WILLIAM MCCURINE JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>RENEE GONZALES-RUBIO,<br><br>           Defendants. | ) Criminal Case No.:   08cr2347BEN<br>) Magistrate Case No.:  08mj2047<br>)<br>) **[PROPOSED] ORDER RELEASING**<br>) **MATERIAL WITNESSES**<br>)<br>)<br>)<br>)<br>) |

**ORDER RELEASING MATERIAL WITNESSES**

On application of Robert E. Schroth, Jr., attorney for the named material witnesses, Juan De Rios Garcia-Ramirez, and Jose Mendoza-Hernandez; and as their videotaped depositions have been completed pursuant to this Court's Order [Docket #21] dated August 11, 2008, and no party having objected to their release.

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that, the heretofore material witnesses, Juan De Rios Garcia-Ramirez, and Jose Mendoza-Hernandez having been committed to the custody of the United States Marshal as material witnesses, be released as a material witness. The material witness will be remanded to United States Border Patrol and returned to their country of origin immediately.

Dated: _____          _____
                                UNITED STATES MAGISTRATE JUDGE

1           Re:    <u>USA v. Gonzales-Rubio</u>
Criminal Case No.:   08cr2347
2   Magistrate Case No:  08mj2047

3   **PROOF OF SERVICE BY MAIL**

4   **STATE OF CALIFORNIA COUNTY OF SAN DIEGO**

5       I am employed in San Diego, California; I am over the age of eighteen years and am not a party to this action; my business address is 2044 First Avenue, Suite 200, San Diego, CA 92101.

6       On August 19, 2008, I served the following document(s) described as:
**EX PARTE APPLICATION AND [PROPOSED] ORDER RELEASING MATERIAL WITNESSES**

on the interested parties in this action by efile service:

smann@kerrysteigerwalt.com

U S Attorney CR Efile.dkt.gc2@usdoj.gov

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

<u>  /s/ Robert E. Schroth Jr.  </u>
Robert E. Schroth Jr.

Robert E. Schroth Jr., Esq.-
**SCHROTH & SCHROTH**
2044 First Avenue, Suite 200
San Diego, CA 92101
Telephone: (619) 233-7521