# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff

vs.

*Renee Gonzales-Rubio*

      Defendant(s)

CRIMINAL NO. _08CR 2347-BEN_

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/**Magistrate** Judge, *William McCurine*

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

*Juan De Rios Garcia-Ramirez*

DATED: _8/22/08_

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           **DUSM**

OR

W. SAMUEL HAMRICK, JR.    Clerk

by _____

**Deputy Clerk**

**ROI-ANN BRESSI**

☆ U.S. GPO: 2003-581-774/70082

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95