UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. WILLIAM MCCURINE JR.)

FILED 08 AUG 22 PM 3:44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.: 08cr2347BEN |
| | Magistrate Case No.: 08mj2047 |
| Plaintiff, | |
| | [PROPOSED] ORDER RELEASING |
| vs. | MATERIAL WITNESSES |
| RENEE GONZALES-RUBIO, | |
| Defendants. | |

**ORDER RELEASING MATERIAL WITNESSES**

On application of Robert E. Schroth, Jr., attorney for the named material witnesses, Juan De Rios Garcia-Ramirez, and Jose Mendoza-Hernandez; and as their videotaped depositions have been completed pursuant to this Court's Order [Docket #21] dated August 11, 2008, and no party having objected to their release.

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that, the heretofore material witnesses, Juan De Rios Garcia-Ramirez, and Jose Mendoza-Hernandez having been committed to the custody of the United States Marshal as material witnesses, be released as a material witness. The material witness will be remanded to United States Border Patrol and returned to their country of origin immediately.

Dated: 8/22/08

_____
UNITED STATES MAGISTRATE JUDGE