1 **Samantha A. Mann SBN:** 220100
LAW OFFICE OF KERRY L. STEIGERWALT
2 1067 Front Street
San Diego, California 92101
3 Phone (619) 338-1000 Fax (619)338-1111

4 Attorney for Defendant
**RENEE GONZALEZ RUBIO**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY A. BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 08-CR2347-BEN |
| Plaintiff, ) | **ACKNOWLEDGMENT OF CONTINUANCE OF HEARING DATE** |
| v. ) | |
| **RENEE GONZALEZ RUBIO** ) | |
| Defendant. ) | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and ANNE PERRY, ASSISTANT UNITED STATES ATTORNEY:

GOOD CAUSE APPEARING, the defendant in the above-referenced matter, Renee Rubio, hereby acknowledges the continuance of the presently scheduled sentencing date of September 2, 2008 at 2:00 p.m., to September 12, 2008 at 2:00 p.m.

DATED: 8/25/08

_Renee G. Rubio_
Renee Gonzalez Rubio

Respectfully Submitted,

DATED: 8-26-08

_Samantha A. Mann_
SAMANTHA A. MANN
Attorney for Defendant
Renee Gonzalez Rubio