1  **Samantha A. Mann SBN:** 220100
   LAW OFFICE OF KERRY L. STEIGERWALT
2  1067 Front Street
   San Diego, California 92101
3  Phone (619) 338-1000 Fax (619)338-1111

4  Attorney for Defendant
   **RENEE GONZALEZ RUBIO**

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10                   **(HONORABLE  LARRY A. BURNS)**

11
   UNITED STATES OF AMERICA              )        Criminal Case No. 08-CR2347-BEN
12                                        )
                    Plaintiff,            )        **ACKNOWLEDGMENT OF**
13                                        )        **CONTINUANCE OF**
                    v.                    )        **HEARING DATE**
14                                        )
                                          )
15  **RENEE GONZALEZ RUBIO**              )
                                          )
16                  Defendant.            )
   ─────────────────────────────────────)
17
   TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and ANNE PERRY, ASSISTANT
18
   UNITED STATES ATTORNEY:
19
          GOOD CAUSE APPEARING, the defendant in the above-referenced matter, Renee Rubio,
20
   hereby acknowledges the continuance of the presently scheduled sentencing date of September 2,
21
   2008 at 2:00 p.m.,  to September 12, 2008 at 2:00 p.m.
22

23  DATED:_____               _____
                                         Renee Gonzalez Rubio
24

25
                                         Respectfully Submitted,
26

27  DATED:_____               _____
                                         SAMANTHA A. MANN
28                                       Attorney for Defendant
                                         Renee Gonzalez Rubio