# PROOF OF SERVICE

**In reference to Acknowledgment of Court Date**.

I, Samantha Mann, do hereby state:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action.

My business address is 1067 Front Street, San Diego, California, 92101.

On August 26, 2008, I electronically served, Anne Perry, Assistant United States Attorney, an **ACKNOWLEDGMENT OF COURT DATE,** for my client Renee Gonzalez-Rubio, Case No's. 08CR2347.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed on August 27, 2008, at San Diego, California.

/s/ Samantha Mann
Samantha Mann, Attorney for
Renee Gonzalez-Rubio